IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JEFFREY MAGGARD and
LAUREN MAGGARD,

      Plaintiffs,

v. // CIVIL ACTION NO. 1:17CV173
                                 (Judge Keeley)

TRIPLE J. OILFIELD SERVICES, LLC;
RECON OILFIELD SERVICES, INC.;
and ANTERO RESOURCES CORPORATION,

      Defendants.

## ORDER FOLLOWING MOTION HEARING

On July 2, 2018, the Court conducted a hearing during which it took up the defendants' Motion to Exclude Plaintiffs' Expert Witnesses, or in the Alternative, Motion to Amend Scheduling Order. For the reasons stated on the record, the Court:

- **DENIES** the defendants' motion to exclude (Dkt. No. 28);

- **GRANTS** the defendants' motion to amend (Dkt. No. 28);

- **AMENDS** the following dates and deadlines set forth in its Scheduling Order (Dkt. No. 15):

| PLAINTIFF EXPERT DISCLOSURE | July 30, 2018 |
|---|---|
| DEFENDANT EXPERT DISCLOSURE | August 30, 2018 |
| COMPLETION OF DISCOVERY | October 31, 2018 |

- **DIRECTS** the parties to file a stipulation regarding the date and location of mediation in this case.

It is so **ORDERED**.

The Court directs the Clerk to transmit copies of this Order to counsel of record.

DATED: July 3, 2018.

>                    /s/ Irene M. Keeley
>                    IRENE M. KEELEY
>                    UNITED STATES DISTRICT JUDGE